Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.

Harry Weinstein v. Mid-Eastern Corporation.—

Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

Jefferson Terminal Corporation et al. v. Home Insurance Company.—

Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ.

Sophie D. Cohen v. Eleanor C. Hughes.—

Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.

Lucille J. Carney v. John R. Bares et al., Copartners under the Name of John R. Bares Company, et al., By Original Summons and Complaint, and John R. Bares et al., Copartners under the Name of John R. Bares Company v. Vaillant-Dauvergne, Inc., By Counterclaim.—

Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

Lucille J. Carney v. John R. Bares et al., Copartners under the Name of John R. Bares Company, et al., By Original Summons and Complaint, and John R. Bares et al., Copartners under the Name of John R. Bares Company v. Vaillant-Dauvergne, Inc., By Counterclaim.—

Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

Anahma Realty Corporation v. Automobile Manufacturers Association, Inc.—

Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.

Benjamin Halpern et al., Copartners Doing Business as Halpern, Davidoff & Sack, v. Amtorg Trading Corporation. (Action No. 1.) Benjamin Halpern et al., Surviving Members of Halpern, Davidoff & Sack, v. Amtorg Trading Corporation. (Action No. 2.)

Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.

In the Matter of Marie Ramundo against Harris H. Murdock et al., Constituting the Board of Standards and Appeals of the City of New York.—

Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.

Carmelo Di Nome v. Personal Finance Company of New York.—

Settle order on notice. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

Albert Laham et al. v. Domestic Finance Corporation.—

Settle order on notice. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

George H. Reich v. Railroad Employees' Personal Loan Company.—

Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.